# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:
**Jason Allen Lyte,**
Debtor.

Case No.: 25−40791−EJC
Judge: Edward J Coleman III
Chapter: 13

## ORDER DISMISSING CHAPTER 13 CASE WITH PREJUDICE BEFORE CONFIRMATION

Pursuant to 11 U.S.C. §1307 this Chapter 13 case is dismissed with prejudice, barring refiling of a petition by the debtor(s) within 180 days of this order or until the filing fee is paid due to failure to make plan payments and failure to attend a 341 meeting of creditors. Filing Fee in the amount of $313.00 is due and owing.

IT IS THEREFORE THE ORDER OF THIS COURT that:

1) This Chapter 13 case is dismissed with prejudice, barring refiling of a petition within 180 days or until the filing fee is paid.

2) After deducting the costs of administration, including the balance of court costs due and attorney's fees (if applicable), the Trustee shall pay remaining funds to the debtor(s) unless a party in interest files a written objection within fourteen (14) days from the date of this order.

3) Creditors are at liberty to pursue their legal remedies.




*Edward J. Coleman III*

Edward J Coleman III
United States Bankruptcy Judge
124 Barnard Street, 2nd Floor
P.O. Box 8347
Savannah, GA 31412

Dated: ***January 23, 2026***

*GAS13−54 (rev 09/22)* ***LLE***